(97 South. 778)

**Ex parte S. L. BREWER, Judge. (5 Div. 865.)**

(Supreme Court of Alabama. Oct. 18, 1923.)

Certiorari to Court of Appeals.

Jas. W. Strother, of Dadeville, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

BOULDIN, J. Petition of S. L. Brewer for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of State ex rel. Atty. Gen. v. S. L. Brewer, Judge of the Fifth Judicial Circuit. 19 Ala. App. 330, 97 South. 777.

Writ denied.